UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROYAL BENSON, M.D.,** *et al*, § | |
| § | |
| Plaintiffs, § | |
| v. § | **CIVIL ACTION NO. H-04-04323** |
| § | |
| **ST. JOSEPH REGIONAL HEALTH** § | |
| **CENTER,** *et al*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Plaintiffs' Motion to Extend Time (Docket # 121) is **GRANTED IN PART**.

Plaintiffs are granted an additional five hours of time for the deposition of Defendant Dr. William Price. Plaintiffs shall not question Dr. Price regarding his family or whether he is learning disabled, nor question Dr. Price in a manner that is belittling or harassing.

**IT IS SO ORDERED**.

**SIGNED** this 13th day of January, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.**