IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROYAL BENSON, M.D. and<br>BENSON OB/GYN CENTER, P.A.<br>Plaintiffs,<br><br>v.<br><br>ST. JOSEPH REGIONAL HEALTH<br>CENTER, et al<br><br>Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. H-04-4323<br>§<br>§<br>§<br>§<br>§<br>§ |

### MEMORANDUM AND ORDER

At a hearing on an unrelated issue, Plaintiffs' counsel orally sought permission to take three additional depositions.

Defendants' counsel objected to the request because they had no notice it was to be raised, because additional depositions would exceed the Court-imposed limit, and because the request was made too near trial.

The Court finds and holds that Defendants' objections are well-taken. Plaintiffs' request to take additional depositions is **DENIED**.

**IT IS SO ORDERED**.

Signed this 31st day of October 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE