UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROYAL BENSON, M.D. and BENSON OB/GYN CENTER, P.A.,** § § § | |
| **Plaintiffs,** § § | |
| v. § | **CIVIL ACTION NO. H-04-4323** |
| § | |
| **ST. JOSEPH REGIONAL HEALTH CENTER, et al.,** § § § | |
| **Defendants.** § | |

## MEMORANDUM AND ORDER

Due to the pending motions for summary judgment in this case, the trial date of Monday, December 11, 2006, is hereby **VACATED** until further notice from the Court. The parties also need not appear for pretrial or jury selection on Tuesday, December 5, 2006.

**IT IS SO ORDERED.**

**SIGNED** this 1st day of December, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT