## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **ROYAL BENSON, M.D. and BENSON** | § | |
| **OB/GYN CENTER, P.A.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-04-4323** |
| | § | |
| **ST. JOSEPH REGIONAL HEALTH** | § | |
| **CENTER, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM AND ORDER

The Court has received Plaintiffs' letter of December 4, 2006, requesting additional oral argument on Defendants' pending motions for summary judgment based on HCQIA and TMPA immunity. The Court feels that further oral argument is unnecessary in light of the extensive briefing it has received on this issue. However, should Plaintiffs wish to file additional written briefing on the issue, they may do so by close of business on December 11, 2006. Defendants may respond by December 18, 2006.

**IT IS SO ORDERED.**

**SIGNED** this 5th day of December, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT